IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) CIVIL ACTION NO. 07-386 |
| v. | ) ) |
| LEVY PREMIUM FOODSERVICE, INC., d/b/a LEVY PREMIUM FOODSERVICE, LP, | ) <u>COMPLAINT</u> ) <u>JURY TRIAL DEMAND</u> ) |
| Defendant. | ) |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Sarah Homier who was adversely affected by such practices. The Commission alleges that Ms. Homier was treated less favorably than similarly situated male employees because of her sex and that Defendant retaliated against her for filing charges of discrimination.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights act of 1991, 42 U.S.C. § 1981a.

2. The employment alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Nebraska.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, Levy Premium Foodservice, Inc., has continuously been a Delaware corporation doing business in the State of Nebraska and the City of Omaha as Levy Premium Foodservice, LP, and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Sarah Homier filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least September 2005, Defendant has engaged in the following unlawful employment practices at its Omaha, Nebraska facility, in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a).

    (a)    Between approximately September 2005 and April 2006, Defendant more closely scrutinized and criticized Ms. Homier's job performance, than it did similarly situated male managers, because of her sex; and

    (b)    On or about April 11, 2006, Defendant suspended Ms. Homier from her job as a Catering Sales Manager as part of its ongoing heightened scrutiny of her job performance based upon her sex; and

    (c)    On or about April 17, 2006, Defendant terminated Ms. Homier from her job as a Catering Sales Manager as part of its ongoing heightened scrutiny of her job performance based upon her sex and/or in retaliation for having filed charges of discrimination against Defendant with the Nebraska Human Relations Department.

8.     The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Homier of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex.

9.     The unlawful employment practices complained of in paragraph 7 above were intentional.

10.     The unlawful employment practices complained of in paragraphs 7 above were done with malice or with reckless indifference to the federally protected rights of Ms. Homier.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in sex discrimination and any other employment practice which discriminates on the basis of sex.

B.  Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant to make whole Ms. Homier by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement of Ms. Homier or awarding her frontpay.

D.  Order Defendant to make whole Ms. Homier by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, in amounts to be determined at trial.

E.  Order Defendant to make whole Ms. Homier by providing compensation for past and future nonpecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including emotional pain, suffering and humiliation, in amounts to be determined at trial.

F.  Order Defendant to pay Ms. Homier punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G.   Grant such further relief as the Court deems necessary and proper in the public interest.

H.   Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

JEAN P. KAMP
Acting Regional Attorney


/s/ Barbara A. Seely
BARBARA A. SEELY
Supervisory Trial Attorney


/s/ Melvin D. Kennedy
MELVIN D. KENNEDY
Senior Trial Attorney and Lead Counsel
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
St. Louis District Office
Robert A. Young Federal Bldg.
1222 Spruce, Room 8.100
St. Louis, MO  63103
(314) 539-7915