IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV386 |
| v. | ) ) | |
| LEVY PREMIUM FOODSERVICE, INC., d/b/a LEVY PREMIUM FOODSERVICE, LP, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

      This matter is before the Court on the motion (Filing No. 7) allowing Ronald S. Cooper, Jean P. Kamp, James L. Lee and Gwendolyn Reams to withdraw as counsel of record for the EEOC. The Court finds said motion should be granted. Accordingly,

      IT IS ORDERED that the motion to withdraw is granted; Ronald S. Cooper, Jean P. Kamp, James L. Lee and Gwendolyn Reams are deemed withdrawn as counsel of record for the EEOC.

      DATED this 1st day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court