IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
EQUAL EMPLOYMENT OPPORTUNITY    )
COMMISSION,                     )
                                )
            Plaintiff,          )      8:07CV386
                                )
      v.                        )
                                )
LEVY PREMIUM FOODSERVICE,       )      ORDER
INC., d/b/a LEVY PREMIUM        )
FOODSERVICE, LP,                )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on the motion to intervene as plaintiff (Filing No. 13) filed by Sarah Homier. The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; Sarah Homier shall file her complaint in intervention on or before December 21, 2007.

DATED this 10th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court