IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV386 |
| v. | ) ) | |
| LEVY PREMIUM FOODSERVICE, INC., d/b/a LEVY PREMIUM FOODSERVICE, LP, | ) ) ) ) | ORDER |
| Defendant, | ) ) | |
| and | ) ) | |
| SARAH HOMIER, | ) ) | |
| Plaintiff-Intervenor. | ) ) | |

This matter is before the Court on plaintiff's motion for extension of due date for the report of parties' planning conference (Filing No. 18). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the parties shall have until January 9, 2008, to submit their report of parties' planning conference.

DATED this 2nd day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court