IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV386 |
| v. | ) ) | |
| LEVY PREMIUM FOODSERVICE, INC., d/b/a LEVY PREMIUM FOODSERVICE, LP, | ) ) ) ) | ORDER |
| Defendant, | ) ) | |
| and | ) ) | |
| SARAH HOMIER, | ) ) | |
| Plaintiff-Intervenor. | ) ) | |

This matter is before the Court on plaintiff-intervenor's motion for leave to file amended complaint (Filing No. 26). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; plaintiff and/or plaintiff-intervenor shall have until February 1, 2008, to file an amended complaint.

DATED this 31st day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court