IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV386 |
| v. | ) ) | |
| LEVY PREMIUM FOODSERVICE, INC., d/b/a LEVY PREMIUM FOODSERVICE, LP, | ) ) ) ) | ORDER |
| Defendant, | ) ) | |
| and | ) ) | |
| SARAH HOMIER, | ) ) | |
| Plaintiff-Intervenor. | ) | |

This matter is before the Court on defendant's motion to strike plaintiff's and plaintiff-intervenor's brief or in the alternative for an extension to reply (Filing No. 43). The Court finds said motion should be granted in part and denied in part. Accordingly,

IT IS ORDERED that said motion requesting an extension to file a reply brief is granted. Defendant shall have until April 10, 2008, to file a reply brief and responsive evidence. In all other respects, the motion is denied.

DATED this 21st day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court