IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV386 |
| v. | ) ) | |
| LEVY PREMIUM FOODSERVICE, INC., d/b/a LEVY PREMIUM FOODSERVICE, LP, | ) ) ) ) | ORDER |
| Defendant, | ) ) | |
| and | ) ) | |
| SARAH HOMIER, | ) ) | |
| Plaintiff-Intervenor. | ) | |

This matter is before the Court on defendant's unopposed motion for an extension to disclose expert witnesses (Filing No. 74). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted. Defendant shall have until September 4, 2008, to disclose expert witnesses.

DATED this 22nd day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court